FILED
CLERK, U.S. DISTRICT COURT

06/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Derek Kinnison<br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br>5:21-mj-00416<br>21-CR-392<br><br>**DECLARATION RE<br>OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Grand Jury indictment
in the U.S. District Court   District of Columbia   on 6/9/21
at [illegible]   ☐ a.m. / ☐ p.m.   The offense was allegedly committed on or about 1/6/21
in violation of Title 18   U.S.C., Section(s) 1512(k); 1512(c); 1752(a)(1); 1752(a)(2); 1512
to wit: Conspiracy to Obstruct Proceeding; Obstruction of Proceeding; Restricted Building or Grounds; Tampering

A warrant for defendant's arrest was issued by: U.S. Magistrate Judge Faruqui

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Sealed Grand Jury indictment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/10/21
              Date

_[signature]_
Signature of Agent

Erin Norwood
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT